IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT LEWIS CROMER, | : | |
| Petitioner | : | |
| VS. | : | |
| | : | NO. 5:07-CV-128 (CAR) |
| KEVIN ROBERTS, WARDEN, | : | **PROCEEDINGS UNDER** 28 U.S.C. §2254 |
| | : | **BEFORE THE** U. S. **MAGISTRATE JUDGE** |
| Respondent | : | |

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Petitioner **ROBERT LEWIS CROMER**, an inmate at Lee State Prison in Leesburg, Georgia, has moved this Court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under provisions of 28 U.S.C. § 2254. However, because petitioner has neglected to submit a copy of his prisoner trust fund account balance, the Court does not know his account balance. Nevertheless, in his "Motion to Stay the Sanctioning of the Petition ..." (Tab # 4), petitioner indicates that he has $7,000.00. The filing fee required in section 2254 cases is $5.00. The Court finds that petitioner has the financial ability to pay this amount.

Accordingly, petitioner's application herein to proceed *in forma pauperis* is **DENIED**. Petitioner shall have until **APRIL 30, 2007** to pay the required **$5.00** filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. The Clerk is directed to file the petition, but there shall be <u>no service of process</u> in this case until further order of the Court.

**SO ORDERED**, this 6th day of APRIL, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE