IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEWIS CROMER, | : |
| Petitioner | : |
| VS. | : |
| | : NO. 5:07-CV-128 (CAR) |
| KEVIN ROBERTS, WARDEN, | : **PROCEEDINGS UNDER 28 U.S.C. §2254** |
| | : **BEFORE THE U. S. MAGISTRATE JUDGE** |
| Respondent | : |

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Petitioner **ROBERT LEWIS CROMER**, an inmate at Lee State Prison in Leesburg, Georgia, has moved this Court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under provisions of 28 U.S.C. § 2254. However, because petitioner has neglected to submit a copy of his prisoner trust fund account balance, the Court does not know his account balance. Nevertheless, in his "Motion to Stay the Sanctioning of the Petition ..." (Tab # 4), petitioner indicates that he has $7,000.00. The filing fee required in section 2254 cases is $5.00. The Court finds that petitioner has the financial ability to pay this amount.

Accordingly, petitioner's application herein to proceed *in forma pauperis* is **DENIED**. Petitioner shall have until **APRIL 30, 2007** to pay the required **$5.00** filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. The Clerk is directed to file the petition, but there shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 6th day of APRIL, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE