IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT LEWIS CROMER, | : | |
| Petitioner | : | |
| VS. | : | NO. 5:07-CV-128 (CAR) |
| KEVIN ROBERTS, WARDEN, | : | **PROCEEDINGS UNDER 28 U.S.C. §2254** |
| Respondent | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| | : | **O R D E R** |

Before the Court is petitioner **ROBERT LEWIS CROMER'S** "Motion to Stay the Sanctioning of the Petition Until the Petitioner Can Obtain Counsel, Also the Petitioner have $7,000.00 to Pay for Legal Representation and need the Court to Assist the Petitioner in Retaining Counsel for Federal Court." (Tab # 4). Although petitioner is free to hire an attorney, the Court cannot assist him in the process. Nor can the Court stay this action while petitioner obtains an attorney. Accordingly, petitioner's motion is **DENIED**.

**SO ORDERED**, this 24th day of APRIL, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE