IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROBERT LEWIS CROMER,

                Petitioner

VS.                            NO. **5:07-CV-128 (MTT)**

KEVIN ROBERTS,

                                 **PROCEEDINGS UNDER 28 U.S.C. § 2254**
                Respondent              **BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION

On June 25, 2010, the undersigned ordered and directed petitioner Robert Lewis Cromer to SHOW CAUSE why his case should not be dismissed for failing to prosecute the action. Tab #22. On July 7, 2010, the order was returned as undeliverable. Tab #23. Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED.**

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 8th day of July, 2010.



                                                CLAUDE W. HICKS, JR.
                                                UNITED STATES MAGISTRATE JUDGE